UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF PINSON, ALABAMA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., *et al.*,<br><br>Defendants. | Civil Action No. 12-255 (CKK) |

ORDER
(February 21, 2012)

Plaintiff, the City of Pinson, Alabama, filed this action on February 15, 2012, seeking a declaratory judgment that the City is entitled to a "bailout" under Section 4 of the Voting Rights Act, 42 U.S.C. § 1973b. Compl., ECF No. [1], at 7. Pursuant to Local Civil Rule 9.1 and Section 4, Plaintiff contemporaneously filed a [2] Application for Three-Judge Court, asking this Court to convene a three-judge panel to hear the case. Section 4 subsection (a)(5) of the Voting Rights Act provides that "[a]ny action pursuant to this subsection shall be heard and determined by a court of three judges in accordance with the provisions of section 2284 of Title 28 and any appeal shall lie to the Supreme Court." 42 U.S.C. § 1973b(a)(5). Plaintiff's Application indicates that Defendants do not oppose the Application, and that the parties have agreed to a joint stipulation of facts and a consent decree in this case. Appl. for Three-Judge Ct., ECF No. [2], at 2.

The Court agrees that this action is required to be heard by a three-judge panel. Therefore, pursuant to 28 U.S.C. § 2284, the Court shall file a request for designation of a three-judge panel with the Honorable David B. Sentelle, Chief Judge of the United States Court of

Appeals for the District of Columbia Circuit.

Accordingly, it is, this 21st day of February, 2012, hereby

**ORDERED** that Plaintiff's [2] Application for Three-Judge Court is GRANTED; it is

**FURTHER ORDERED** that once the three-judge is convened, each party shall submit to the Clerk two additional copies of all pleadings and papers previously filed by that party; it is

**FURTHER ORDERED** that all subsequent filings in this case shall be in quadruplicate.

**SO ORDERED.**

_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE