# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

September Term, 2011

No. 468        12cv00255



City of Pinson, Alabama,

    Plaintiff,

v.

Eric H. Holder, Jr., et al.,

    Defendants.

### DESIGNATION OF JUDGES TO SERVE ON
### THREE-JUDGE DISTRICT COURT

    The Honorable Colleen Kollar-Kotelly, Judge, United States District Court for the District of Columbia, having notified me of her conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Karen LeCraft Henderson, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Reggie B. Walton, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Colleen Kollar-Kotelly as members of the court to hear and determine this case.  Judge Henderson will preside.

David B. Sentelle
Chief Judge

Date: 02-22-2012